IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CANDY BUSTAMANTE MARTINEZ INDIVIDUALLY AND AS NEXT FRIEND L.S., A MINOR § § § § | |
| VS. § | CIVIL NO. 5:21-cv-01274 |
| § § | |
| BUTTERBALL, LLC § | |

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET

**WAS A JURY DEMAND MADE IN STATE COURT?   YES OR NO?**

   Yes

**IF "YES," BY WHICH PARTY AND WHAT DATE?**

   Plaintiff on 11/12/2021

**STYLE OF ORIGINAL PETITION:**

   Cause No. 2021CI23705; <u>Candy Bustamante Martinez, Indv. and a/n/f L.S, a Minor v. Butterball, LLC</u>; In the 285th District Court, Bexar County Texas

Please underline all Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number, including the area code.

   1.) <u>CANDY BUSTAMANTE MARTINEZ and L.S.</u> - PLAINTIFFS

   David C. "Clay" Snell
   State Bar No. 24011309
   BAYNE, SNELL, & KRAUSE
   1250 N.E. Loop 410, Suite 725
   San Antonio, Texas 78209
   Telephone: (210) 824-3278
   Facsimile: (210) 824-3937
   dsnell@bsklaw.com

   2.) <u>BUTTERBALL LLC</u> - DEFENDANT

   Mr. Larry D. Warren
   State Bar No. 2088450
   David LeBas

Doc# 6PK1648.DOC

State Bar No. 12098600
Naman Howell Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350 (Warren)
Facsimile: (210) 731-2950  (Warren)
lwarren@namanhowell.com
dlebas@namanhowell.com

**COUNTERCLAIMS, CROSS-CLAIMS AND/OR THIRD-PARTY CLAIMS**

(Please list separately, each Counterclaim, Cross-Claim, or Third-Party Claim still remaining in the case, and designate the nature of such claim.  For each Counterclaim, Cross-Claim or Third-Party Claim, please include all Plaintiffs, Defendants, and Intervenors still remaining in the case.  Also list the attorneys of record for each party named, and include the attorney's firm name, filing address, and phone number, including the area code.)

| Party | Attorney |
|---|---|
| None Known. | None |

Respectfully submitted,

LARRY D. WARREN
State Bar No. 20888450
FBN: 13339
David LeBas
State Bar No. 12098600
**ATTORNEY FOR DEFENDANT,
BUTTERBALL LLC**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6300 (Main)
Telephone: (210) 731-6350 (Warren Direct)
Facsimile:  (210) 785-2950 (Warren)
lwarren@namanhowell.com
dlebas@namanhowell.com

Doc# 6PK1648.DOC

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of December 2021, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

David C. "Clay" Snell
State Bar No. 24011309
BAYNE, SNELL, & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Facsimile: (210) 824-3937
dsnell@bsklaw.com
**ATTORNEYS FOR PLAINTFF**

LARRY D. WARREN

Doc# 6PK1648.DOC

3