**285th District Court**

# Case Summary

**Case No. 2021CI23705**

| | | | |
|---|---|---|---|
| **Candy Bustamante Martinez ET AL VS Butterball, LLC** | § | Location: | **285th District Court** |
| | § | Judicial Officer: | **285th, District Court** |
| | § | Filed on: | **11/12/2021** |

## Case Information

Case Type: OTHER PRODUCT LIABILITY

Case Status: **11/12/2021 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2021CI23705 |
| Court | 285th District Court |
| Date Assigned | 11/12/2021 |
| Judicial Officer | 285th, District Court |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Martinez, Candy Bustamante** | **SNELL, DAVID C**<br>***Retained*** |
| **Defendant** | **Butterball, LLC** | **WARREN, LARRY DALE**<br>***Retained*** |

## Events and Orders of the Court

| | |
|---|---|
| 11/12/2021 | New Cases Filed (OCA) |
| 11/12/2021 | PETITION |
| 11/12/2021 | JURY FEE PAID |
| 11/12/2021 | REQUEST FOR SERVICE AND PROCESS<br>*CIT PPS* |
| 11/18/2021 | **Citation**<br>Butterball, LLC<br>Served: 11/22/2021 |
| 11/22/2021 | RETURN OF SERVICE - SUCCESSFUL<br>*BUTTERBALL LLC* |
| 12/13/2021 | ORIGINAL ANSWER OF<br>*Butterball, LLC* |



FILED
11/12/2021 11:16 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Laura Medellin
W JD

2021CI23705

CAUSE NO.___________

| | | |
|---|---|---|
| CANDY BUSTAMANTE MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND LILAH SALEH, A MINOR | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | ____ JUDICIAL DISTRICT |
| | § | Bexar County - 285th District Court |
| BUTTERBALL, LLC | § | BEXAR COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, CANDY BUSTAMANTE MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF LILAH SALEH, A MINOR, and brings this suit for damages against BUTTERBALL, LLC, Defendant, on the following grounds:

**Discovery Level**

1. Discovery shall be conducted pursuant to Level 3 of Tex. R. Civ. P. 190.

**Parties, Jurisdiction, and Venue**

2. Plaintiff is an individual who resides in the Bexar County, Texas.

3. Defendant is limited liability company organized under the laws of North Carolina that maintains its principal place of business in Garner, North Carolina. Defendant has actively conducted business in this state within the meaning of the Texas Long-Arm Statute, Tex. Civ. Prac. & Rem. Code § 17.042, in that it sells a substantial amount of products in this state and it committed a tort, as described herein, in whole or in part in this state. This Defendant does not maintain a regular place of business in this state or a designated agent for process. Accordingly, pursuant to Tex. Civ. Prac. & Rem. Code § 17.044(b) this Defendant may be served with process by serving the Texas Secretary of State, P.O. Box 12079, Austin, Texas 78711-2079. Upon

service, the Secretary of State is requested to forward a copy of the process and petition to Defendant Butterball, LLC, at its principal place of business, One Butterball Lane, Garner, NC 27529.

4. All of the acts or omissions giving rise to Plaintiff's cause of action occurred in Bexar County, Texas, where proper venue lies. Plaintiff seeks damages in excess of the minimum jurisdictional limits of this Court.

**Factual Background**

5. On or about November 12, 2019, Plaintiff prepared a meal for her family using a freshly opened package of Butterball turkey sausage she had purchased several days before in San Antonio, Texas. As Plaintiff and her young daughter, Lilah Saleh, were eating, Plaintiff suffered cuts to her tongue from shards of glass in the cooked turkey. The glass could not have come from anywhere but Butterball's facilities, as Plaintiff had opened the original package of sausage immediately before cooking it, and there was no possible source off the glass shards in her own kitchen.

6. Because Plaintiff's daughter had consumed quite a bit of the turkey, Plaintiff immediately took her to the emergency room to determine whether she had ingested any of the glass. Young Lilah was given a laxative and course of antibiotics at the ER. Plaintiff herself sought treatment the next day for the cuts on her tongue.

**First Cause of Action: Strict Liability/Products Liability**

7. At all times material to this action, Defendant was in the business of manufacturing food for human consumption. There was a manufacturing defect in the food

Defendant manufactured in that it was contaminated glass shards. This manufacturing defect was a proximate cause of Plaintiffs' resulting injuries and damages.

8. In addition, there was a marketing defect in the food at the time it was sold to Plaintiffs. The food was defective because it was contaminated with glass shards, and Defendant failed to give adequate warnings of the product's dangers that were known or should have been known to Defendant. Defendant further failed to give adequate instruction to avoid these dangers. This failure to provide such warnings and instructions rendered the food unreasonably dangerous, and this failure was a proximate cause of Plaintiffs' resulting injuries and damages.

**Second Cause of Action: Negligence**

9. The actions of Defendant in selling Plaintiffs contaminated food constitutes a breach of the duty of ordinary care in the manufacturing, preparation, testing, marketing, distribution, and selling of food. Defendant breached its duties in one or more of the following ways: negligent manufacturing, preparing, or storing the food; failing to properly test the food before placing in the stream of commerce; failing to warn of the dangers associated with the food; failure to warn or instruct consumers of a known defect in the food; failing to timely disclose post-sale information concerning the dangers associated with the food; failing to properly implement procedures to prevent contamination of food; and, failing to properly train its employees in the handling and preparation of food. These negligent acts were a proximate and producing cause of Plaintiffs' injuries and damages.

**Third Cause of Action: Breach of Implied Warranty of Merchantability**

10. Defendant is liable to Plaintiffs for breach of the implied warranty of merchantability as provided by Tex. Bus. & Com. Code § 2.314. In particular, Defendant

manufactured and sold food that was not fit for its ordinary purpose and lacked something necessary to be adequate. This breach of warranty on the part of Defendant was a proximate and producing cause of Plaintiffs' injuries and damages.

**Statement of Damages Sought**

11. As a result of the negligence and negligence per se on the part of Defendant, Plaintiffs have incurred, and likely will incur in the future, damages for the following: reasonable and necessary medical expenses; physical pain and mental anguish; temporary and permanent impairment; and, loss of wage-earning capacity. Plaintiffs plead that they seek damages in excess of $200,000, but less than $1,000,000.00.

**Conditions Precedent**

12. All conditions precedent to Plaintiffs' recovery have occurred or have been performed.

**Jury Demand**

13. Plaintiffs demand trial by jury and tenders the appropriate fee.

**Notice of Reliance Pursuant to Rule 193.7**

14. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiffs hereby gives notice of intent to utilize all documents and tangible items produced by any party through discovery, together with all deposition exhibits and documents obtained by written questions, in any pre-trial proceeding and/or trial.

**Request for Notice of Criminal Convictions**

15. Pursuant to Rule 609 of the Texas Rules of Civil Evidence, Plaintiff hereby requests written notice of intent to use evidence of a conviction, if any, against any of the

witnesses named by Plaintiff as persons with knowledge of relevant facts. Sufficient advance written notice of intent to use such evidence is requested to provide a fair opportunity to contest the use of such evidence. Said notice is requested not later than thirty (30) days before trial.

WHEREFORE, Plaintiff prays that Defendant be cited and appear herein, for an early trial, and upon trial, judgment for the following:

a. damages in an amount to exceed the minimum jurisdictional limits of this court;

b. costs of court;

c. pre-judgment and post-judgment interest at the highest rate allowed by law; and

d. general relief.

Respectfully submitted,

BAYNE, SNELL, & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Email: dsnell@bsklaw.com
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By: */s/David C. "Clay" Snell*
David C. "Clay" Snell
State Bar No. 24011309
ATTORNEY FOR PLAINTIFFS

FILED
11/12/2021 11:39 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Monica Hernandez
Bexar County - 285th District Court




**Cause Number:** 2021CI23705

**District Court :** 285th

CIT PPS / EMAIL

**MARY ANGIE GARCIA**
**Bexar County District Clerk**

# Request for Process

**Style:** Candy Bustamante Martinez **Vs.** Butterball, LLC

**Request the following process:** (Please check all that Apply)

☒ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept *without* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: ____________

**1.**
**Name:** Butterball, LLC
**Registered Agent/By Serving:** Texas Secretary of State
**Address** P.O. Box 12079, Austin, Texas 78711-2079
**Service Type:** (Check One) ☒ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct* __
*(Pct. 3 serves process countywide)*

**2.**
**Name:** ____________
**Registered Agent/By Serving:** ____________
**Address** ____________
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct* __
*(Pct. 3 serves process countywide)*

**3.**
**Name:** ____________
**Registered Agent/By Serving:** ____________
**Address** ____________
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *CourthouseDoor*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct* __
*(Pct. 3 serves process countywide)*

**4.**
**Name:** ____________
**Registered Agent/By Serving:** ____________
**Address** ____________
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct* __
*(Pct. 3 serves process countywide)*

**Title of Document/Pleading to be Attached to Process:** Plaintiff's Original Petition

**Name of Attorney/Pro se:** David C. "Clay" Snell **Bar Number:** 24011309
**Address:** 1250 N.E. Loop 410, Suite 725 **Phone Number:** 210/824-3278
San Antonio, Texas 78209

**Attorney for Plaintiff** xxxx **Defendant** ______ **Other** ______

*******IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED*******

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Snell on behalf of David Snell
Bar No. 24011309
dsnell@bsklaw.com
Envelope ID: 59110908
Status as of 11/17/2021 5:06 PM CST

Associated Case Party: CandyBustamanteMartinez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David C. "Clay"Snell | | dsnell@bsklaw.com | 11/12/2021 11:39:10 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Terri Monnett | | terri@bsklaw.com | 11/12/2021 11:39:10 AM | SENT |

FILED
12/13/2021 3:51 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Teresa Diaz
Bexar County - 285th District Court

**CAUSE NO. 2021CI23705**

| | | |
|---|---|---|
| **CANDY BUSTAMANTE MARTINEZ Individually and as next friend of LILAH SALEH, a Minor** | § § § | **IN THE DISTRICT COURT** |
| | § | **285TH JUDICIAL DISTRICT** |
| **V.** | § § | |
| **BUTTERBALL, LLC** | § | **BEXAR COUNTY, TEXAS** |

**DEFENDANT, BUTTERBALL, LLC'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF THE COURT:

Defendant, **BUTTERBALL, LLC,** in the above-styled and numbered cause, files their Original Answer to Plaintiff's Original Petition, and would show the Court as follows:

I.

Defendant, **BUTTERBALL, LLC,** denies generally the allegations contained in Plaintiff's Original Petition, and hereby ask for a trial of the issues before a jury.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, **BUTTERBALL, LLC,** pray that upon final trial, Plaintiff takes nothing, and for such other and further relief, both general or specific, to which they may be entitled.

Respectfully submitted,

/s/ *Larry D. Warren*

LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANT BUTTERBALL, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the **13th** day of **December 2021**, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel via **E-Filing Notification System:**

David C. "Clay" Snell
State Bar No.: 24011309
BAYNE, SNELL & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Facsimile: (210) 824-3937
dsnell@bsklaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ *Larry D. Warren*
LARRY D. WARREN

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Larry Warren on behalf of Larry Warren
Bar No. 20888450
lwarren@nhsl.com
Envelope ID: 59976075
Status as of 12/14/2021 11:42 AM CST

Associated Case Party: CandyBustamanteMartinez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David C. "Clay"Snell | | dsnell@bsklaw.com | 12/13/2021 3:51:57 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Terri Monnett | | terri@bsklaw.com | 12/13/2021 3:51:57 PM | SENT |